```
RESIDENT HISTORY REPORT                                            Page 1 of 1

HRYCI
06/06/05 14:28
ST 007 / OPR KJG

SBI           : 219758
Resident Name : SELBY, EDWARD J                         05-  487
Time Frame    : 01/13/2004 18:16 - 06/06/2005 14:28

---------------------------------------------------------------------------
Date        Time    Type             ST  OPR    Receipt #     Amount   Balance
---------------------------------------------------------------------------

01/13/2004  18:16   Intake           1   cobra  A1468          0.50     0.50
04/23/2004  14:54   Rec Payment      7   SZG    G1619          0.37     0.13
10/18/2004  12:03   Add              4   SED    D14383        20.00    20.13
10/25/2004  06:36   Order            2   WLH    B37521        19.00     1.13
11/08/2004  06:55   Order            2   DDT    B39285         1.12     0.01
12/07/2004  12:15   Add              4   SED    D16845        20.00    20.01
12/09/2004  11:57   Rec Payment      7   kjg    G4138          0.74    19.27
12/13/2004  07:23   Order            2   DDT    B43513        16.31     2.96
12/14/2004  09:35   Order            9   IM     I1155          1.32     1.64
12/20/2004  06:38   Order            2   IM     B44371         1.30     0.34
12/23/2004  14:30   Credit           2   IM     B45210         1.30     1.64
01/06/2005  22:28   Add              5   BVS    E5960          2.36     4.00
01/12/2005  08:00   Order            2   DDT    B47726         3.81     0.19
```