(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ORIGINAL

(1) __EDWARD J. SELBY__, __219758__
(Name of Plaintiff)   (Inmate Number)

__H.R.Y.C.I.__
__1301 E. 12TH ST.__
__Wilmington, DE 19809__
(Complete Address with zip code)

(2) __N/A__
(Name of Plaintiff)   (Inmate Number)

__N/A__
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.
__ST. of Del. D.O.C.__, __HRYCI Facility Employees__
(1) __RAFAEL WILLIAMS, Warden IV__
(2) __K. GROCKI, Business Office__
(3) __Mr. DIAL, Mailroom__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__05 - 487__
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested



FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

In 2003 I filed a complaint in this same district, against the D.O.C. HRYCI Facility, for denying me of my 1ST amend. right to peaceably congregate and practice my Islamic religious beliefs in this facility's chapel hall. The Hon. Kent Jordan was assigned to the case, I currently don't have the case number; Edward Selby -vs- D.O.C. HRYCI Empl, etal

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution? (••Yes) ••No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims? (••Yes) ••No

C.  If your answer to "B" is Yes:

   1. What steps did you take? I completed an Inst. Grievance of which is filed as grievance # 05-13788

   2. What was the result? UNRESOLVED. Investigated by security; report stated, "The business office decides indigent status."

D.  If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: RAFAEL WILLIAMS

   Employed as Warden IV at D.O.C., HRYCI Facility

   Mailing address with zip code: 1301 E. 12Th ST; Wilmington, DE 19809 HRYCI

(2) Name of second defendant: MS. K. GROCKI

   Employed as Business Office Employee at D.O.C., HRYCI Facility

   Mailing address with zip code: 1301 E. 12Th ST; Wilmington, DE 19809 HRYCI

(3) Name of third defendant: Mr. DIAL

   Employed as Mailroom Supervisor at D.O.C., HRYCI Facility

   Mailing address with zip code: 1301 E. 12Th ST; Wilmington, DE 19809 HRYCI

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Plaintiff, has had about .19¢ balance on my inmate account, between the dates of admission 1/6/05 to 6/05. I couldn't afford postage for two legal letters w/ env. So, I attached two seperate promissiory notes or "pay to slips" to the envelopes for the amount of .74¢. Letters were addressed to Public Def. Office, Wilm, DE. Angelo Falasca and D. Delcollo.

2. The two letters addressed to the Pub. Def. Office, was copies of a letter sent to my trial judge, attorney of record, and his supervisor; relating to trial of criminal case #0501003723 of which I am the Defendant. Request for Dismissal of my attorney of record Mr. DelCollo. I attempted to mail letters out of facility on 5/3/05.

3. On 5/6/05, the two legal letters were returned to me, unmailed, by a SGT. GREEN w/ a note stating "Sorry you are not on the list to get free mail." On that same day I completed a grievance which is now #05-13788. On 5/11/05, the aforementioned grievance was investigated by a LT. FARMER, of which is still unresolved, and

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I request an Injunctive Order placed on this D.O.C. facility's Business Office and Mailroom employees, as in regards to my outgoing legal mail postage, for which I don't have the necessary funds to pay for outgoing mail. Preliminary Injunction challenging D.O.C. Policy 4.0, chap 3

3

subsequent report was filed, stating "The business office decides indigent status." Wherefore, I initiated contact w/ the business office, via in-house mail that same day.

4. On or about 5/18/05, I drew up a Petition for Injunctive Relief of the New Castle Cnty. Super. Crt., from the practices and policies of the D.O.C. I had to wash an inmate's uniforms, in order to acquire adequate postage to mail out aforementioned legal mail.

5. On 5/26/05 a Ms. K. GROCKI from the D.O.C. Business Office sent me a MEMO saying, "Mr. Selby you cannot be put on the indigent list. You have Nine(19)teen Cents on your account. It has to be at Zero. That is the rules."

6. On or about 5/31/05 the Super. Crt. Prothonotary returned my PETITION to me for my failure to include Forma Pauperis application.

7. On or about 6/9/05 a rare law library session, and I inquired of the Law-Librarian Mr. ANGELO, if the institution could refuse to pay legal mail postage, due to my having a .19¢ account balance. He told me no, and if they refused again, for me to write an in-house letter to Warden Williams.

8. On or about 6/13/05 I attempted to mail out the Petition by attaching a pay-to slip to the envelope. D.O.C. mailroom returned it to me, w/ big red letters announcing "INSUFFICIENT FUNDS." So on 6/15/05, I sent Warden Rafael Williams an in-house letter asking him to resolve this matter.

9. On 6/16/05 Super. Crt Prothonotary returned Petition to me for, lack of notary.

10. On 6/20/05 I received a MEMO from WARDEN WILLIAMS, RAFAEL which says,

-2-

"'The business office maintains indigent."'

11. This facility's regulations, policies and practices also restrict the plaintiff to about 3 hours per month, to access of the "Westside Law Library".

12. Due to the D.O.C.'s restrictive regulations, policies and practices; my being able to communicate between my attorney of record, his supervisor, and my trial judge in matters relating to my upcoming criminal trial; has been severely impeded as well as my 1st, 5th and 14th amend. rights, have been usurped by the D.O.C.

13. On 6/21/05, I attempted to spend my .19¢ balance in order to have a zero balance, by spending it with the facility commissary. Yet, there is nothing on the commissary list that costs .19¢. Wherefore, I did spend spend .13¢, had a .6¢ balance, and according to Ms. K. GROCKI, I still could not be put on the indigent list which means that the facility, still will refuse to cover any postage for any of my legal corrospondence.

-3-

2. I request Punitive Damages of $50,000 to be awarded to me as the Plaintiff, to be levied against the D.O.C. for their oppressive regulations, policies and practices which have impeded my ACCESS to the COURTS.

3. I request to be awarded court costs, filing fees and reasonable attorney fees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of July, 2005.

Edward J. Selby  219758
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



United States District Court
Lockbox 18
844 N. King St.
Wilmington, DEL. 19801
ATTN: Court Clerk

Edward Selby #219758
1301 E. 12th ST.
Wilm., DEL. 19809
HRYCI
2-F

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.gov
LABEL 107R, OCT 1997