(EX. B)

NEED TO
BUY
STAMPS

2F

EDWARD SELBY

Sorry
you have not
on the list
To get free
Mail
etc

(EX. B)