HRYCI-Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 05/27/200_


Ex C

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SELBY, EDWARD J | SBI# : 00219758 | Institution : HRYCI |
| Grievance # : 13788 | Grievance Date : 05/06/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Mail | Incident Date : 05/06/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2F, Cell 20, Bed A | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** This "grievant" is filing this form 584 pursuant to Federal and State of Del. Laws, regulations, policies and or procedures in reference to inmates access to courts as well as citing a violation of this grievant USCA 5th right to receive due process of the law, before being denied/deprived of my Civil Liberties in prison jail. Statement of claim: On or about the date of 05/03/05, this grievant did place two (2) legal letters in the hands of the OIC for that 1st shift officer "Chuck" of when in turn gave the letters to 1st shift Sgt. Green. This grievant is for all intents and purposes Indigent wherefore I had attached two (2) pay-to's to said legal letters on 05/06 this afore mentioned legal mail was returned to me by Sgt. Green of whom informed me that Ms. Farr of the HRYCI Business Office, informed the HRYCI mail room that I'm not on the indigent list; apparently, because I have nineteen cents (.19) on my inmate balance. That has been my balance since 1/05. The problem with Ms. Farr and the mail rooms reasoning for depriving me of my right to correspond to the Hon. Judge J. O. Herlihy, my lawyer, and his supervisor. Is this since when can .19 cents buy a U.S. postage stamp of which costs .37 cent X 2? To what prudent reasoning, was my access to courts denied? Whose going to claim responsibility and tell my trial judge why it was that I was denied, deprived of my constitutional and Legal right? You see, I was ordered by letter from the trial judge on 04/15/05 that all correspondence relating to this case #0501003723, to send a copy to the court as well. On 05/03/05, I mailed a copy of my correspondence to my trial judge, along with the aforementioned (2) letters; yet the one made it out of this facility, whereas the (2) didn't. Now my lawyer and his supervisor don't know anything about my legal request, because, this facility's Business Office and mailroom feels justified in denying an indigent inmate, access to courts, because of a .19 cents balance End of Statement.

**Remedy Requested :** That my claims be thoroughly investigated that the HRYCI Bus. office and mailroom cease and desist from their unlawful, imprudent policies and or actions of denying my right to access to courts, based solely on my inmate bal of .19 cents and that the HRYCI Admin. subsequently, change those policies and or procedures.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : NO          Date Received by Medical Unit :

Investigation Sent :            Investigation Sent To   : Farmer, Sylvia

Grievance Amount :

HRYCI-Howard R. Young Correctional Institution          Date: 05/27/2005
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Ex. C

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| Offender Name : SELBY, EDWARD J | SBI# : 00219758 | Institution : HRYCI |
| Grievance # : 13788 | Grievance Date : 05/06/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Mail | Incident Date : 05/06/2005 | Incident Time : |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 2, Pod 2F, Cell 20, Bed A ||

## INFORMAL RESOLUTION

Investigator Name : Farmer, Sylvia                                   Date of Report 05/11/2005

Investigation Report : The business office decides indigent status. According to policy offender must have a zero balance in order to be declared indigent.

Reason for Referring:

Offender's Signature: _____

Date : _____

Witness (Officer) : _____