
Ex. D

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
MULTI-PURPOSE CRIMINAL JUSTICE FACILITY
P.O. BOX 9279, WILMINGTON DE 19801
(BUSINESS ADDRESS)

# Memorandum

**To:**  Selby, Edward (SBI#219758)Pod-2F

**From:**  K. Grocki  (Business Office)

**Date:**  05/26/05

**Re:**  Response to your letter.

---

Mr. Selby you can not be put on the Indigent List. You have **NINTEEN Cents** on your account. It has to be at **ZERO**. That is the rules.