

Ex. F

I've got only .19 ¢ on the books, I need to mail this legal work out. d/b

Pay-To: St. of Del. Dept of the Treasury    Date: 6/15/05

The Sum of: _____ Amount: $ _____

_____ and Cents

Address to whom sent:
Sup. Crt. Prothanotary
500 N. King St. ste 500
Wilm, Del. 19801-3746
020310 - Ms. C. Coleman

SBI # 219759  [signature] Edward Sally
    Inmate Signature

Log # _____

Check # _____    OIC Signature

Date of Ck _____    Lieutenant Signature if Over $100.00

    Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Legal M.O.