EX. G

# IN THE SUPERIOR COURT OF DELAWARE
# NEW CASTLE COUNTY

## NOTICE OF NON-CONFORMING DOCUMENTS

New Castle County Superior Court
New Castle County Courthouse
500 N. King Street, Suite 500
Wilmington, DE 19801-3746

☒ Document Rejected

☐ Document held - pending corrected filing

DATE: 6/10/05

TO: Edward J. Selby

CASE NUMBER: _____    CAPTION: Selby vs. Delaware D.O.C. et al

DOCUMENT TITLE: Inmate Petition for Immediate Injunctive

The Court has received the document indicated below. The document is being rejected and returned to you undocketed for the reasons checked. If you have any questions please contact: C Coleman at 255- 8747.

| TYPE OF PLEADING | |
|---|---|
| NEW CASE | MOTION |
| WRIT | RESPONSE TO MOTION |
| PETITION FOR FORMA PAUPERIS | ANSWER TO COMPLAINT |
| OTHER: | |

| REASON FOR REJECTION | |
|---|---|
| WRONG COURT | NEEDS: CIVIL ACTION NUMBER |
| NEEDS: CHECK – AMT: | NEEDS: SIGNATURE ON CHECK |
| NEEDS: PRAECIPE | NEEDS: ORIGINAL SIGNATURE ON PLEADING |
| NEEDS: FORM 30 INTERROGATORIES | NEEDS: ADDITIONAL COPIES |
| NEEDS: CASE INFORMATION STATEMENT – CIS | NEEDS: FINANCIAL STATEMENT |
| NEEDS: PETITION AND ORDER FOR NEXT OF FRIEND | NEEDS: MOTION & ORDER FOR SPECIAL PROCESS SERVER |
| NEEDS MOTION TIME & DATE | INCORRECT MOTION TIME & DATE |
| * DEADLINE PASSED: MOTION REQUIRED TO BE FILED 10 DAYS PRIOR TO HEARING DATE | * DEADLINE PASSED: RESPONSE REQUIRED TO BE FILED 4 DAYS PRIOR TO HEARING DATE |
| EXCEEDS 4 PAGE LIMIT | NO SERVICE OR AFFIDAVIT OF MAILING |
| WRONG WRITS | Filing needs to be bound appropriately. (Rule 13 (b)) |
| ✓ OTHER Please be advised your forma Pauperis needs to be notarized. | |

* YOUR PLEADING WAS REJECTED AFTER SERVICE WAS DONE ON THE OTHER PARTY. IT IS YOUR OBLIGATION TO INFORM OPPOSING COUNSEL THAT PLEADING WAS REJECTED.

REVISED 10/18/02