

(Ex. H)

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:   Edward Selby, 219758
      2F Pod

FROM: Warden Raphael Williams

DATE: June 17, 2005

SUBJ: **YOUR RECENT CORRESPONDENCE**

The business office maintains the indigent.

RW:adc

**DISTRIBUTION**

Priscilla Farr, Support Services Administrator
File