

Ex. I

Batch 1 / Page 18

Order
Receipt # B68299

HRYCI
06/21/2005 10:33:06
ST 002 / OPR DDT

SELBY,
  EDWARD J

  SBI           : 219758
  Date of Birth : 01/13/1973
  Location      :
                  2F

| ITEM | QTY | DESCRIPTION | COST |
|------|-----|-------------|------|
| 4002 | 1   | COFFEE 1 SERVE | 0.13 |

                     Sub Total :    $0.13
                           Tax :    $0.00
                   Order Total :    $0.13

Commissary Balance after order :    $0.06

I have checked and received this order
with any and all credits as indicated.

Signed: