July 19, 2005

U.S. Dist. Crt Clerk
844 N. King St.
Wilm., DE 19801

  Re: <u>INMATE'S COMPLAINT</u>

Dear Clerk:

  05-487 (KAJ)

  My name is Edward Selby, S.B.I # 219758; of whom is a pre-trial detainee being held at the St. of Del. D.O.C. HRYCI facility, here in Wilmington.

  On the date of 7/5/05, I did place a completed IN FORMA PAUPERIS appl., U.S.C. § 1983 complaint and accompanying exhibits, and five copies of the complaint, in the care of this facility's security personnel, in order to mail to your address. (As is the procedure).

  As my complaint deals w/ my claims of my being denied, certain ACCESS to COURTS; I was hoping that you could inform me, if you are in receipt of:

  <u>Edward Selby -VS- St. of Del. Empl. D.O.C., Raphael Williams, et al</u>

  If you could please contact me at this address, so that I can know if my complaint has been received by you, I'd appreciate it very much.

  Thank You

        Sincerely,
        x Edward I Selby
        Edward I Selby
        P.O. Box 9561
        Wilm., DE 19801
        HRYCI



FILED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





U.S. DISTRICT COURT
Lockbox 18
844 N. King St.
Wilmington, DEL. 19801
ATTN: COURT CLERK

rd Selby #219758
Box 4561
, DEL. 19801