IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. SELBY,                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )  Civ. No. 05-487-KAJ
                                    )
RAPHAEL WILLIAMS, K. GROCKI,        )
and MR. DIAL,                       )
                                    )
            Defendants.             )

**ORDER**

1.  The plaintiff Edward J. Selby, SBI #219758, a <u>pro</u>
<u>se</u> litigant who is presently incarcerated, has filed this action
pursuant to 42 U.S.C. § 1983 and has requested leave to proceed
<u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915.

2.  Based on the plaintiff's submissions, his request
to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted.  Pursuant to 28 U.S.C. §
1915(b), the plaintiff shall be assessed the filing fee of
$250.00.  The Court has determined that the **plaintiff has no**
**assets and no means to pay the initial partial filing fee,**
**nevertheless, any money the plaintiff later receives will be**
**collected in the manner described below.**

3.  The plaintiff shall, within thirty days from the
date this order is sent, complete and return the attached
authorization form allowing the agency having custody of him to
forward all payments required by 28 U.S.C. § 1915(b)(2) to the

Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

4. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Howard R. Young Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny plaintiff leave to proceed in forma pauperis all future suits filed without prepayment of the filing fee, unless the Court determines that

2

plaintiff is under imminent danger of serious physical injury.

DATED: 7/29/05

_____
United States District Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. SELBY,                  )
                                 )
              Plaintiff,          )
                                 )
     v.                          ) Civ. No. 05-487-KAJ
                                 )
RAPHAEL WILLIAMS, K. GROCKI,      )
and MR. DIAL,                     )
                                 )
              Defendants.         )

**AUTHORIZATION**

I, Edward J. Selby, SBI #219758, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court all payments pursuant to 28 U.S.C. § 1915(b) and required
by the Court's order dated _____, 2005.

This authorization is furnished in connection with the
filing of a civil action, and I understand that the filing fee
for the complaint is $250.00.  I also understand that the entire
filing fee may be deducted from my trust account regardless of
the outcome of my civil action.  This authorization shall apply
to any other agency into whose custody I may be transferred.

Date: _____, 2005.


                              _____
                              Edward J. Selby