November 13, 2005

U.S. District Court Clerk

Lockbox 18

844 N. King St.

Wilm., Del. 19801

  Re : Edward J. Selby -vs- St. of Del., D.O.C. Rafael Williams, et al;
    KAJ

Dear Clerk of the Court:

  I am the plaintiff in the above matter(s) and I'm incarcerated at the HRYCI facility here in Wilmington, and my reason for writing is that I'm inquiring as to the status of the afore titled cause of which was filed as Forma Pauperis, this past June or July of 2005.

  Your assistance in this matter would be greatly appreciated.

         Sincerely,
        X *Edward Jason Selby*
        Edward Jason Selby
        #219758
        HRYCI
        P.O. Box 9561
        Wilm., DE 19801

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc:

1 of 1



Edward Selby #214758
P.O. Box 9561
Wilm., DE 19801
HRYCE
2-G#9

United States District Court
Lockbox 18
844 N. King St.
Wilmington, Del. 19801

ATTN: Dist. Court Clerk

U.S.M.S X-RAY
LEGAL