OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 16, 2005

TO: Edward Jason Selby
Howard R. Young Correctional Facility
1301 East 12th Street
P.O. Box 9561
Wilmington, DE 19809

*RE: Status Letter; 05-487(SLR)*

Dear Mr. Selby:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheet

(7)

CA 05-487 KAJ

November 13, 2005

U.S. District Court Clerk

Lockbox 18

844 N. King St.

Wilm., Del 19801

Re: Edward J. Selby -vs- St. of Del., D.O.C. Rafael Williams, et al;
    KAJ

Dear Clerk of the Court,

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I am the plaintiff in the above matter(s) and I'm incarcerated at the HRYCI facility here in Wilmington, and my reason for writing is that I'm inquiring as to the status of the afore titled cause of which was filed as Forma Pauperis, this past June or July of 2005.

Your assistance in this matter would be greatly appreciated.

Sincerely,

X Edward Jason Selby
Edward Jason Selby
#219758
HRYCI
P.O. Box 9561
Wilm., DE 19801

cc:

1 of 1