IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. SELBY,                                )
                                               )
            Plaintiff,                          )
                                               )
      v.                                        )      Civil Action No. 05-487-KAJ
                                               )
WARDEN RAFAEL WILLIAMS,                          )
K. GROCKI, and MR. DIAL,                         )
                                               )
            Defendant(s).                        )

**ORDER**

At Wilmington this 17th day of March, 2006, the plaintiff having satisfied the filing

prerequisites of 28 U.S.C. § 1915A, and the Court having identified a cognizable First

Amendment access to courts claim within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1.      The Clerk of the Court shall cause a copy of this order to be mailed to the

plaintiff.

2.      Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete

and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for **each**

**defendant**, as well as for the Attorney General of the State of Delaware, 820 N.

FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN.

tit. 10 § 3103(c).  **Additionally, the plaintiff has  provided the Court with one copy**

**of the complaint (D.I. 2) for service upon each defendant.  The plaintiff is notified**

**that the United States Marshal will not serve the complaint until all "U.S. Marshal**

**285" forms have been received by the Clerk of the Court.  Failure to provide the**

**"U.S. Marshal 285" forms for each defendant and the attorney general within 120**

**days of this order may result in the complaint being dismissed or defendants
being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3.    Upon receipt of the form(s) required by paragraph 2 above, the United
States Marshal shall forthwith serve a copy of the complaint, this order, a "Notice of
Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the
defendants so identified in each 285 form.

4.    Within **thirty (30) days** from the date that the "Notice of Lawsuit" and
"Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form
has not been received from a defendant, the United States Marshal shall personally
serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall
be required to bear the cost related to such service, unless good cause is shown for
failure to sign and return the waiver.

5.    Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served
with process timely returns a waiver as requested, is required to answer or otherwise
respond to the complaint within **sixty (60) days** from the date upon which the
complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are
sent.  If a defendant responds by way of a motion, said motion shall be accompanied by
a brief or a memorandum of points and authorities and any supporting affidavits.

6.    No communication, including pleadings, briefs, statement of position, etc.,
will be considered by the Court in this civil action unless the documents reflect proof of
service upon the parties or their counsel.

7.    **NOTE: *** When an amended complaint is filed prior to service, the Court

will **VACATE** all previous service orders entered, and service **will not take place**.  An

amended complaint filed prior to service shall be subject to re-screening pursuant to 28

U.S.C. §1915(e)(2) and § 1915A(a). **\***

    8.     **NOTE: \*\*\*** Discovery motions and motions for appointment of counsel

filed prior to service will be dismissed without prejudice, with leave to refile following

service. **\*\*\***

United States District Judge