March 22nd, 2006

U.S. District Crt. Clerk
Dist. of Delaware
Peter T. Dalleo

    Re : PLEASE Forward "U.S. Marshall-285" form(s) to Inmate Edward J. Selby

Dear Mr. Dalleo :

    I'm the Plaintiff in Civ. Action # 05-487 KAJ, and as per this District-Court's ORDER on 3/17/06, and Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), I've been ordered to complete and return to this Court's Clerk an original "U.S. Marshall's-285" form ; yet, as I'm currently incarcerated at the D.O.C. Webb facility, I do not have access to the aforementioned form.

    Wherefore I request that you PLEASE forward the amount of four (4) "U.S.-Marshall-285" forms. Originals. To me at the following address:

Webb Correctional Facility
200 Greenbank Rd.
Wilmington, DE 19808

    Your assistance would be greatly appreciated.

                                  Sincerely,
                                  x. Edward Jason Selby
                                  Edward Jason Selby #219458
                                  Plaintiff / Pro Se



FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1 of 1



Edward I. Selby #219758
200 Greenbank Rd.
Wilmington, DE 19808
WCF

**WEBB CORRECTIONAL FACILITY
200 GREENBANK ROAD
WILMINGTON, DE 19808**

United States District Court U.S.M.
Dist. of Delaware          X-RAY
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

\* LEGAL \*
\* MAIL \*