IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD J. SELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-487-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| K. GROCKI, and MR. DIAL, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of Defendants Warden Raphael Williams, Kathleen Grocki and Cpl. Sean E. Dial.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date:  June 5, 2006          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on June 5, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Edward J. Selby.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us