IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD J. SELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-487-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| K. GROCKI, and MR. DIAL, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO THE COMPLAINT

COME NOW the Defendants Warden Raphael Williams, Kathleen Grocki and Cpl. Sean E. Dial, by and through the undersigned counsel, and hereby answer the Complaint:

1. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

2. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

3. Admitted that the grievance attached to the Complaint and dated May 6, 2005 states that the grievance was investigated by Sylvia Farmer and further states as to the grievance investigation report that "The business office decides indigent status." Defendants are without sufficient information to admit or deny the remaining allegations set forth in this paragraph of the Complaint.

4. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

5. Admitted that the May 26, 2005 memorandum attached to the Complaint includes the statement alleged.

6. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

7. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

8. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

9. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

10. Admitted that the June 20, 2005 memorandum attached to the Complaint includes the statement alleged.

11. Denied.

12. Denied.

13. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph of the Complaint.

**RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiff is entitled to injunctive, declaratory or any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. State Defendants are immune from liability under the Eleventh Amendment.

6. State Defendants are entitled to qualified immunity.

7. As to any claims under state law, State Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, State Defendants are entitled to sovereign immunity in their official capacities.

9. State Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold State Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. State Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

WHEREFORE, Defendants respectfully request that judgment be entered in their favor and against Plaintiff as to all claims and that attorney fees be awarded to them.

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Eileen Kelly
                              Eileen Kelly, I.D. #2884
                              Deputy Attorney General
                              Carvel State Office Building
                              820 North French Street, 6th Floor
                              Wilmington, Delaware 19801
                              (302) 577-8400
                              eileen.kelly@state.de.us
Date: June 5, 2006                Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed *Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on June 5, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Edward J. Selby.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us