## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

June 13, 2006

Edward Jason Selby
SBI #219758
Webb Correctional Facility
200 Greenbank Road
Wilmington, DE  19808

Eileen Kelly, Esq.
Department of Justice
820 N. French Street - 6th Fl.
Wilmington, DE  19801

Re:  Edward J. Selby v. Warden Rafael Williams, et al.
     Civil Action No. 05-487-KAJ

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court