June 16th, 2006

Mr. Peter T. Dalleo
U.S. Dist. Ct. Clerk
844 N. King St.
Wilm., DE 19801

Re: Selby-vs-Williams, et al; 05-487 KAJ (NOTICE CHANGE OF ADDRESS)

Dear Sir:

I'm the Plaintiff in the above-numeraled cause and I'm attempting to alert the Court clerk of a change of address for myself from: W.C.F.
200 Greenbank Rd.
Wilm., DE 19808

to: C.V.O.P.C.
P.O. Box 5003
Smyrna, DE 19977



FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Can you please record this plaintiff's change of address, and transmit all court documents relating to the above numeraled cause to the new address.
Your assistance would be greatly appreciated.

Sincerely,
X Edward J. Selby
Edward J. Selby
Plaintiff

cc:

1 of 1

Edward Selby #219758
C.V.O.P.C.
P.O. Box 5003
Smyrna, DE 19977

WEBB CORRECTIONAL FACILITY
200 GREENBANK ROAD
WILMINGTON, DE 19808

WILMINGTON DE 197
16 JUN 2006 PM 3 T

U.S. District Court
844 N. King St, Lockbox 18
Wilm., DE 19801

ATTN: Mr. Peter T. Dalleo
Court Clerk

LEGAL MAIL