Edward J. Selby                )
                               )
  -VS-                         )
                               )
Rafael Williams, et al         )
                               )

Civil Action No. 05-487 KAJ

```
  ┌─────────────────────────────┐
  │         FILED               │
  │  ┌───────────────────────┐  │
  │  │                       │  │
  │  │     JUN 19 2006        │  │
  │  │                       │  │
  │  └───────────────────────┘  │
  │    U.S. DISTRICT COURT      │
  │   DISTRICT OF DELAWARE      │
  └─────────────────────────────┘
```

RD scanned

## MOTION

Comes now the Plaintiff with this MOTION FOR EXTENSION OF TIME

LIMITATIONS regarding movants providing the Defendant(s) a response to their

response to the plaintiff's complaint, of which the Plaintiff does certify

to the best of this person's knowledge, information, and belief, and under the

circumstances, that this paper is not being presented for any improper purposes

such as to harass or to cause any unnecessary delay or needless increase in the costs

of litigation.

The Plaintiff's reason(s) are as follows :

1.  Plaintiff is currently without a copy of the original complaint / exhibits, so as

to formulate a response to the Defendant(s) answers to the aforementioned complaint.

2.  Plaintiff is currently confined at the D.O.C. Webb Correctional Facility of which

has no law library facilities of which seriously inhibits my ability to research and type

legal documents pertaining to this complaint.

Wherefore, the Plaintiff respectfully requests that the court grant this motion to

extend the time limitations, in favor of the movant's request.

Respectfully Submitted,

X _Edward J. Selby_
   Edward J. Selby
   W.C.F.
   200 Greenbank Rd.
   Wilm., DE 19808

Edward J. Selby                          )

    -VS-                              )           Civil Action No. 05-487 KAJ
                                         )
Rafael Williams, et al                   )
                                         )

# ORDER

Wherefore, the Plaintiff's Motion for an Extension of Time

is hereby GRANTED, effective on this the ____ day of _____,

2006.

Signed,

X_____
The Hon. Kent A. Jordan

CERTIFICATE OF SERVICE

I hereby certify that on June 14th, 2006; the Plaintiff did mail by U.S. Postal Service, the Notice of and Motion for Extension documents to the U.S. Dist. court clerk Mr. Peter Dalleo.

Signed,

X _Edward J. Selby_

Edward J. Selby
Plaintiff
200 Greenbank Rd.
Wilm., DE 19808
W.C.F.

Edward J. Selby                                )

   - V S -                                )          Civil Action No. 05-487 KAJ

Warden Rafael Williams , et al                 )

                                       )


## NOTICE OF HEARING OF MOTION FOR EXTENSION

TO : Eileen Kelly , Dep. Atty Gen.
     Carvel State Office Bldg
     820 N. French St., 6th fl.
     Wilm., DE  19801

    Please take notice that the undersigned will bring the above motion on for hearing before this U.S. District Court, the Hon. Kent A. Jordan  at 844 - N. King St., Wilm. , DE  19801 ; at the earliest possible date.

                              Signed x Edward J. Selby
                                 Edward J. Selby
                                 Plaintiff / Movant
                                 W. C. F.
                                 200 Greenbank Rd.
                                 Wilm., DE  19 808

cc:



Mr. Edward J. Selby #214758
200 Greenbank Rd.
Wilm., DE 19808
W.C.F.
**WEBB CORRECTIONAL FACILITY
200 GREENBANK ROAD
WILMINGTON, DE 19808**

WILMINGTON DE 197
15 JUN 2006 PM 1 T

U.S.M.S.
X-RAY

☆ LEGAL MAIL

United States District Court
844 N. King St., lockbox 18
Wilm., DE 19801

ATTN: CLERK

19801+25 19