June 14th, 2006

Mr. Peter Dalleo
U.S. Dist. Crt Clerk
844 N. King St.
Wilm., DE 19801

    Re: 05-487 KAJ; SELBY-vs-WILLIAMS, et al

Dear Mr. Dalleo:

    I'm the Plaintiff/Movant in the above-numbered cause and I ask that you please transmit these documents to the proper parties.

    Your assistance would be greatly appreciated.

                    Sincerely,

                    x *Edward J. Selby*
                    Edward J. Selby
                    Plaintiff
                    200 Greenbank Rd.
                    Wilm., DE 19808

cc: 1 original, 1 copy

1 of 1



FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned