OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2006

TO: Edward Jason Selby
    SBI #219758
    C.V.O.P.C.
    P.O. Box 5003
    Smyrna, DE 19977

*RE: Service Letter; 05-487(KAJ)*

Dear Mr. Selby:

   Please be advised that it is the responsibility of the plaintiff to serve documents on counsel, not the Clerk's Office. Enclosed please find the service list for the above mentioned case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Kent A. Jordan
enc. Service List



June 14th, 2006

Mr. Peter Dalleo
U.S. Dist. Crt Clerk
844 N. King St.
Wilm., DE 19801

    Re: 05-487 KAJ; SELBY-vs-WILLIAMS; et al

Dear Mr. Dalleo:

    I'm the Plaintiff/Movant in the above-numbered cause and I ask that you please transmit these documents to the proper parties.

    Your assistance would be greatly appreciated.

Sincerely,

x *Edward J. Selby*
Edward J. Selby
Plaintiff
200 Greenbank Rd.
Wilm., DE 19808

cc: 1 original, 1 copy

1 of 1



FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned