

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

July 7, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    **Selby v. Williams, et al.**
               **C.A. No. 05-487-KAJ**

Dear Judge Jordan:

    Attached please find the parties' proposed Scheduling Order in the above-referenced matter. Undersigned counsel sent Plaintiff Edward Selby a copy of the proposed order on July 5, 2006. By letter dated July 5, 2006, Mr. Selby indicated that he accepted the proposed order and the dates indicated therein.

    Should Your Honor require additional information, I am available at the convenience of the Court.

                                          Respectfully,

                                          /s/ Eileen Kelly

                                          Eileen Kelly
                                          Deputy Attorney General

Enclosure
cc:    Edward Selby (w/attachment)
        SBI # 219758