


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

July 19, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Selby v. Williams, et al.
            **C.A. No. 05-487-KAJ**

Dear Judge Jordan:

      I have enclosed the revised Scheduling Order, which includes the dates provided by the Court during the July 18, 2006 scheduling conference.

      Should Your Honor require additional information, I am available at the convenience of the Court.

                                         Respectfully,

                                         /s/ Eileen Kelly

                                         Eileen Kelly
                                         Deputy Attorney General

Enclosure

    cc:    Edward Selby (w/enclosure)
            SBI # 219758