September 10, 2006

U.S. Dist. Crt. Clerk
844 N. King St.
Lockbox 18
Wilm., DE 19801

Re : Notice Of Change Of Address - Edward Selby VS Rafael Williams 05-487 KAJ

Dear Clerk :

I'm the respondent in the above-numbered cause and I've had a recent change of address from:

C.V.O.P
875 Smyrna Landing Rd
Smyrna, DE 19977

TO :
Plummer Ctr.
38 Todds Ln
Wilm, DE 19802



Scanned- BD 9/13/06

FILED

SEP 13 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Can you please make note of this change in your records? And transmit it to the Defendants attorney?

Sincerely,

x Edward Jason Selby
Edward Jason Selby
38 Todds Ln
Wilm., DE 19802



WILMINGTON DE 197

12 SEP 2006 PM 3 T

U.S. District Court Clerk

844 N. King St.

Wilm, DE

Lock box 18

19801

I/M Edward Jaxon Selby

SBI# 219758    UNIT PCCC

380 Todds Ln.

Wilm. DELAWARE 19802

U.S.

XXP