October 12, 2006

U.S. Dist. Court
844 N. King St.
Lockbox 18
Wilm., DE 19801
ATTN: Court Clerk

   Re: 05-487 KAJ, SELBY -V- WILLIAMS, et al

Dear Mr. Dalleo:

  Dear Sir, I'm the plaintiff in the above-numeraled action, and I'm notifying the court of a change of address.

  My current address is now:

    1301 E. 12th St
    Wilm., DE 19809
    H.R.Y.C.I.

  Can you please make note of this address change, and send all 05-487 KAJ related mail to this address.

  Your assistance would be greatly appreciated.

      Sincerely,
      x Edward Jason Selby
      Edward Jason Selby
      1301 E. 12th St
      Wilm., DE 19809
      H.R.Y.C.I.

cc:

[Stamp: 2006 OCT 17 AM 9:53 — U.S. DISTRICT COURT, DISTRICT OF DELAWARE]

1 of 1



LEGAL MAIL ONLY

Edward Selby #214758
Bai E. 12TH St
Wilm, DE 19809
H.R.Y.C.I.

U.S. Dist. Crt.
844 N. King St.
Lockbox 18
Wilm., DE 19801
ATTN: Clerk Peter Dalleo

Change of Address