**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EDWARD J. SELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-487-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| K. GROCKI, and MR. DIAL, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW the Defendants Warden Raphael Williams, Kathleen Grocki and Cpl. Sean E. Dial ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Edward J. Selby ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Howard R. Young Correctional Institution in Wilmington, Delaware.

2. Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The discovery deadline in this matter is February 1, 2007.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Edward J. Selby.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 N. French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            Attorney for Defendants

Dated: November 28, 2006

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EDWARD J. SELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-487-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| K. GROCKI, and MR. DIAL, | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Edward J. Selby is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

                                                  **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                  /s/ Eileen Kelly
                                                  Eileen Kelly, I.D. No. 2884
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor.
                                                  Wilmington, DE 19801
                                                  (302) 577-8400
                                                  Attorney for Defendants

Dated:  November 28, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD J. SELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-487-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| K. GROCKI, and MR. DIAL, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, _____,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Edward J. Selby pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Edward J. Selby.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on November 28, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Edward J. Selby.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants