

**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

December 6, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

     Re:    **Selby v. Williams, et al.**
            <u>**C.A. No. 05-487-KAJ**</u>

Dear Judge Jordan:

     Please accept this as the parties' Interim Status Report in connection with the status teleconference scheduled for December 14, 2006 at 4:30 p.m.

     The discovery cut-off in this case is February 1, 2007. Defendants have filed a Motion for Leave to Depose Plaintiff, who is currently incarcerated. This Motion has been granted. Defendants will initiate written discovery so that it is completed within the discovery deadline. Defendants have no other issues to present to the Court.

     Plaintiff has not submitted discovery to date. Plaintiff requests that the status teleconference proceed as scheduled so that he can present his concerns to the Court, as set forth in part in the enclosed correspondence.

The Honorable Kent A. Jordan
December 6, 2006
Page Two

   Undersigned counsel is available if the Court requires additional information.

          Respectfully,

          /s/ Eileen Kelly

          Eileen Kelly
          Deputy Attorney General

Enclosure

cc:  Edward J. Selby (w/enclosure)
   SBI # 219758