OFFICE OF
ATTORNEY GENERAL

DEC 05 2006

RECEIVED
CORRECTION UNIT

December 1, 2006

Ms. Eileen Kelly, D.A.G.
St. of Del. Dept of Justice
820 N. French St.
Wilm., DE 19801

Re: SELBY vs WILLIAMS, ET AL; 05-487 K.A.J.

Ms. Kelly:

I'm in receipt of your drafted Interim Status Report, and I at first was gonna go ahead and forego the 12/7/06 teleconference, until, I tried to mail you this drafted status letter via this facility's mail room; as an indigent inmate, and they (mailroom), refused to send the letter out, due to some petty technicality of my having not affixed a pay-to form to the envelope.

This is untenable.

Especially, since my name is on the facility's indigent list.

So here I am, trying to mail this response to you, again; with the pay-to attached.

Hopefully, they'll mail it out this time.

Wherefore, I believe it prudent for us to confer with Judge Jordan on the 14th of Dec., 2006.

Your assistance would be greatly appreciated.

Sincerely Yours,
x Edward J. Selby
Edward J. Selby
P.O. Box 9561
Wilm., DE 19801

1 of 1