## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. SELBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-487-*** |
| | ) |
| WARDEN RAFAEL WILLIAMS, | ) |
| K. GROCKI, and MR. DIAL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO:   Edward J. Selby
      S.B.I. #219758
      Howard R. Young Correctional Institution
      P.O. Box 9279
      1301 East 12th Street
      Wilmington, DE  19809

**PLEASE TAKE NOTICE** that the oral deposition of Edward J. Selby will be taken by Eileen Kelly, Deputy Attorney General, on Friday, January 26, 2007 at 10:00 a.m. The deposition will take place at the Howard R. Young Correctional Institution, 1301 East 12th Street, Wilmington, DE 19809, and will be transcribed by a professional reporter.

                              STATE OF DELAWARE
                              DEPARTMENT OF JUSTICE

                              /s/ Eileen Kelly
                              Eileen Kelly (I.D. # 2884)
                              Deputy Attorney General
                              820 N. French Street, 6th Floor
                              Wilmington, DE 19801
                              (302) 577-8400
DATED: January 9, 2007            eileen.kelly@state.de.us
                              Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on January 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Edward J. Selby.

/s/ Eileen Kelly
Eileen Kelly (I.D. # 2884)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us