IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. SELBY
COMPLAINANT / PRO SE,

    V.

RAFAEL WILLIAMS, ET AL
RESPONDENTS.

CIVIL ACTION No. 05-487 ***



FILED

JAN 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR MANDATORY INJUNCTION

COMES NOW, the complainant, Edward J. Selby, as a pro se litigant of whom is currently incarcerated at the Delaware Dept of Correction's, H.R. Young facility here in Wilmington, Delaware; with this MOTION seeking a Mandatory - Injunction, to be issued against the respondent(s) in the above-numbered action, Warden RAFAEL WILLIAMS; Mailroom Supervisor Mr. DIAL; and Business Office employee KAREN GROCKI, in order to prohibit the respondent(s)' from their persistence at refusing to pay reasonable postage of the complainants' outgoing legal mail. In support of this MOTION, complainant offers the following:

1. The complainant originally filed corresponding Civil Action of which arose from Federal Tort in 2005 while incarcerated at the above-named facility, as complainant was denied unimpeded and reasonable access to the Courts, when on several attempts the complainant attempted to correspond between his attorney, and his supervisor, in regards to a then pre-trial matter; and each of the respondent(s) refused to cover mailing costs, even though complainant had only -19¢ in his inmate account.

2. The complainant is still incarcerated at the same facility where these oppressive policies, procedures, and rules regarding inmate outgoing (legal) mailing, are still being practiced by the respondent(s); and these refusals encumber complainants' ability to access State and Federal District Courts where complainant has pending litigation.

3. On 11/30/06 complainant attempted to return to Delaware D.A.G.

1 of 2

Eileen Kelly, a drafted Interim Report letter of which was destined for the Honorable Kent A. Jordan, as per his Order. And on 12/1/06 that letter was returned to me as un mailed by mailroom personnel.

4.   On 12/12/06, another letter addressed to complainant's attorney was returned to the complainant as unmailed, by the mailroom personnel.

5.   Complainant has on several occasions sought redress of these issues through the institutional grievance procedure, yet, at this level, there are no guaranteed protections of my right to access the Courts, as evidenced by recent aforementioned incidents.

6.   As complainant is presently involved in pre-trial litigation for criminal and civil actions, an un necessary delay by the respondent(s) in their covering outgoing legal mail postage, could prove disastrous to the complainant, like when a Motion filing deadline is involved.

WHEREFORE, the complainant, respectfully requests this Honorable Court to grant this Motion For Mandatory Injunction, and issue it against the respondent(s), in order to restrain said respondent(s) from any further unjust acts of which impede complainants' right to access the Court system.

Respectfully Submitted,

X: Edward J. Selby
EDWARD J. SELBY
Complainant / Pro Se
1301 E. 12th St.
Wilm., DE 19809
H.R.Y.C.I.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. SELBY
Complainant / Pro Se

§

V.

§

CIVIL ACTION No. 05-487 ***

RAFAEL WILLIAMS, ET AL,
Respondents.

§

## O R D E R

AND NOW, TO WIT, this _____ day of _____, 2007, the foregoing MOTION FOR MANDATORY INJUNCTION, having been heard and considered, it is hereby;

ORDERED _____

_____

_____

_____

_____

Signed,

X _____

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD J. SELBY
Complainant / Pro Se,                          §

                                               §          CIVIL ACTION No. 05-487 * * *
        V.
                                               §

RAFAEL WILLIAMS, ET AL.,                       §
RESPONDENTS.

## NOTICE OF MOTION



TO : HON. MAGISTRATE JUDGE M.P. THYNGE
     U.S. DISTRICT COURT
     DIST. OF DELAWARE
     844 N. King St., Lockbox 18
     Wilm., DE 19801

        PLEASE TAKE NOTICE, that the within MOTION FOR MANDATORY —
INJUNCTION, will be presented to this Honorable District Court on the earliest, possible
date convenient to the Court.

                                    x _Edward J. Selby_____
                                      EDWARD J. SELBY
                                      Complainant / Pro Se
                                      1301 E. 12th St.
                                      Wilm., DE 19809
                                      H.R.Y.C.I.

cc: E. Kelly, D.A.G.
    M.P. Thynge, Judge
    E. Selby, complainant

DATE : Jan. 7th, 2007

Mr. EDWARD J. SELBY # 219758
1301 E. 12ᵀᴴ St.
Wilm., DE 19809
H.R.Y.C.I.

WILMINGTON DE 197

08 JAN 2007 PM 1 T

HAPPY HOLIDAY

U.S. POSTAGE

U.S. X-RAY

U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

844 N. King St., Lockbox 18
Wilmington, Del. 19801

ATTN: Hon. Magistrate Judge M.P. Thynge

LEGAL MAIL!