## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. SELBY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-487-*** |
| WARDEN RAFAEL WILLIAMS, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **2nd** day of **October, 2006**,

IT IS ORDERED that a status teleconference has been scheduled with Judge Thynge for **Tuesday, January 30, 2007 at 3:00 p.m. Defense counsel shall initiate the teleconference call.**

IT IS FURTHER ORDERED that the teleconference scheduled for Wednesday, March 28, 2007 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE