IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. SELBY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-487-*** |
| WARDEN RAFAEL WILLIAMS, et al., | : |
| Defendants. | : |

# ORDER

At Wilmington this **26th** day of **January, 2007**,

IT IS ORDERED that a status teleconference scheduled with Judge Thynge for Tuesday, January 30, 2007 at 3:00 p.m. has been rescheduled to **Tuesday, February 27, 2007 at 9:00 a.m.** Defense counsel shall initiate the teleconference call.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE