## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. SELBY, )  )  Plaintiff, )  )  v. )  )  WARDEN RAFAEL WILLIAMS, )  K. GROCKI, and MR. DIAL, )  )  Defendants. ) | C. A. No. 05-487-*** |

### NOTICE OF DEPOSITION

TO:   Edward J. Selby
S.B.I. #219758
Howard R. Young Correctional Institution
P.O. Box 9279
1301 East 12th Street
Wilmington, DE 19809

**PLEASE TAKE NOTICE** that the oral deposition of Edward J. Selby will be taken by Eileen Kelly, Deputy Attorney General, on Thursday, February 1, 2007 at 10:00 a.m. The deposition will take place at the Howard R. Young Correctional Institution, 1301 East 12th Street, Wilmington, DE 19809, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly (I.D. # 2884)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

DATED: January 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on January 26, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Edward J. Selby.

/s/ Eileen Kelly
Eileen Kelly (I.D. # 2884)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us