IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. SELBY,<br><br>                    Plaintiff,<br><br>v.<br><br>WARDEN RAFAEL WILLIAMS, et al.,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No. 05-487-***<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **27th** day of **February, 2007.**

A status teleconference was held on February 27, 2007 with plaintiff and counsel for defendants participating. As a result of the discussions during the teleconference,

IT IS ORDERED that:

1. The following briefing and affidavit schedule shall apply to plaintiff's motion for preliminary injunction (D.I. 38). Defendants shall file their answering brief with supporting documents, if any, on or before March 14, 2007. Plaintiff's reply brief with supporting documents, if any, shall be due on or before April 4, 2007.

2. The Scheduling Order dated July 19, 2006 (D.I. 27) shall be modified as follows: the dates for case dispositive motions (¶ 9), the filing date of the joint proposed final pretrial order (¶ 11), the pretrial and trial dates (¶¶ 11 and 14) and the paragraphs dealing with motions *in limine* and jury instructions and the like (¶¶12 and 13) are suspended pending the decision on plaintiff's motion for preliminary injunction.

_____
UNITED STATES MAGISTRATE JUDGE