March 1, 2007

United States District Court
Clerk, Peter Dalleo
844 N. King St., Lockbox 18
Wilmington, DE 19801

Re : SELBY v. WILLIAMS, et al ; 05-487 * * * ; LIST OF EXHIBITS

Dear Mr. Dalleo :

My reason for writing you is in reference to the above numeraled civil
cause, and the relative exhibits of which I mailed to your office beginning
in July 12, 2005 ; and ending some weeks later.

It appears that from a copy of the original complaint, that only
exhibits A - I have been attached to the complaint yet, I know that
I sent others (exhibits) to your office.

Can you please check your exhibit register, and please forward to me a
complete list of all complainant's exhibits?

Your assistance would be greetly appreciated.

Respectfully,
x Edward Jason Selby
EDWARD JASON SELBY
Complainant
S.B.I. No. 219758
1301 E. 12th St.
Wilm., DE 19809

1 of 1



FILED

MAR – 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP Scanned

Mr. Edward J. Selby #219758
1301 E. 12th St.
Wilm., DE 19809

U.S.M.S.
X-RAY



$00.390
MAR 02 2007
MAILED FROM ZIP CODE 19802
02 1A
0004615572
UNITED STATES POSTAGE
PITNEY BOWES

United States District Court Clerk

Peter Dalleo

844 N. King St., Lockbox 18

Wilm., DE 19801

LEGAL MAIL ONLY