OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 6, 2007

TO:

**Edward Jason Selby**
SBI #219758
Howard R. Young Correctional Institution
P.O. Box 9279
Wilmington, DE 19809

    *RE:*  **Letter Received Regarding Exhibits to Complaint**
          **Selby v. Williams**
          CA 05-487 ***

Dear Mr. Selby :

    This office received a letter from you regarding additional exhibits beyond A through I. The Clerk's Office reviewed your case file and no additional exhibits were found. Your case is pending before the Court. You will be advised by the Court as to further developments in your case. A copy of your docket sheet is enclosed.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

                                    PETER T. DALLEO
                                    CLERK

/rwc
cc:
enc.  Docket Sheet