March 4, 2007

U.S. District Court
U.S. Magistrate Judge Thynge
844 N. King St., Lockbox 18
Wilmington, DE 19801



Re: SELBY v. WILLIAMS, et al; 05-487 ***; DISCLOSURE ISSUES

Dear Judge Thynge:

After the deposition taken of me by the defendant's attorney Ms. Kelly on 2/1, I have become aware of two disclosure issues, one of which is covered by Discovery.

And a dilemma occurs when cutoff for discovery was on 2/1/07, the same date as the deposition where subsequent to that, did I become aware that Ms. Kelly never released to me the R.G.C. hearing recommendations and the Warden's decision for grievance no. 13788 on mail issues.

My reason for requesting that bit of evidence is that it's material to the testimony that I imparted at the deposition on pg. 28, lines 1-11 of the transcript of same deposition.

I also request that the court accept an application for Protective Order from me, due to the fact that during the aforementioned deposition, I had divulged to Ms. Kelly, prior criminal history and incarceration at the State of Texas, of which didn't involve dishonesty, was over 10 years old, and of which I was ultimately granted clemency by the State of Texas' Board of Pardons and Parole, on 9/20/02.

And as I am going through some serious, unrelated criminal matters here, I didn't want to give any of Ms. Kelly's criminal division colleagues, any ammunition of which may eventually prejudice my case.

Wherefore, your assistance in these matters would be greatly appreciated.

Respectfully Submitted,

x /s/ Edward Jason Jelby
EDWARD JASON JELBY
PLAINTIFF
1301 E. 12th St.
Wilm., DE 19809
S.B.I. No. 219758

CC: Ms. Eileen Kelly, D.A.G

2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I, Edward Jason Selby, did file the accompanying letter to Judge Thynge regarding Disclosure issues, and have also on this very same day, forwarded by U.S Mail through the H.R. Young facility in Wilmington, Delaware, a true copy to the State's Dep. Atty-Gen. Ms. Eileen Kelly, Esq. at the Dept of Justice, 820 N. French St., 6th fl., Wilmington, Delaware, 19801.

Signed,

X  Edward J. Selby
EDWARD J. SELBY
Plaintiff/Petitioner
1301 E. 12th St.
Wilm., DE 19809

Mr. Edward Selby #219758
1301 E. 12th St.
Wilm., DE 19809

United States District Court for the
District of Delaware
844 N. King St., Lockbox 18
Wilmington, Del. 19801

ATTN: Hon. Mag. Judge M.P. Thynge



LEGAL MAIL ONLY