# EXHIBIT A



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
MULTI-PURPOSE CRIMINAL JUSTICE FACILITY
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### DIRECTIVE

TO:     *Facility Residents*

FROM:   Warden ~~Raphael Williams~~

DATE:   *May 27, 2003*

SUBJ:   ***NEW INMATE MAIL PROCEDURE***

Effective July 12, 2003, the facility shall stock mail supplies for purchase by inmates. Inmates will be required to:

- Pay for all mail supplies.
- Indigent inmates will be provided mail supplies for legal mail only. Any debt shall be recorded on the inmate's commissary account.
- Legal mail supplies will be available for purchase through the law library. Only stationary and envelopes for legal mail is authorized.
- All outgoing mail shall be postcards.
- A Pay To must be submitted to the business office in total amount of the mail supplies and .37 cents for each stamp.

**DEFINITIONS:** As used in this directive, these terms shall mean as follows:

1. Mail supplies: Postage-paid envelopes, postage paid postcards, stationary and stamps.
2. Legal mail: Mail to an attorney, court (State or Federal), elected official, Attorney General, U.S. Attorney, legal aid or legal assistance service.
3. General mail: Mail to family, friends, relatives and media.
4. Indigent inmate: An inmate without funds with which to pay for mail.

RW:adc