**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EDWARD J. SELBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-487-*** |
| | ) |
| WARDEN RAFAEL WILLIAMS, | ) |
| K. GROCKI, and MR. DIAL, | ) |
| | ) |
| Defendants. | ) |

**<u>SEALED</u>**
**<u>EXHIBITS TO DOCUMENT</u>**