

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

March 15, 2007

[New Castle County-Civil Division]

The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:  **Selby v. Williams, et al.**
     **C.A. No. 05-487-***

Dear Judge Thynge:

I am writing in response to Plaintiff Edward Selby's letter to this Court dated March 4, 2007 [D.I. 46].

First, Mr. Selby presents a "discovery" issue. Mr. Selby states that I never "released" information pertaining to a particular grievance. To date, Mr. Selby has served no formal or informal discovery and thus has not requested production of any documentation in this case. However, at this time I will obtain and provide him with his grievance records in the possession of the Department of Correction.

Second, Mr. Selby references an application for a protective order. Although it is not clear what the requested protective order encompasses, Mr. Selby refers to testimony at his deposition concerning his criminal history and expresses concern regarding his pending criminal matters. During his deposition, I did not ask Mr. Selby any questions regarding his pending criminal matters, and, in fact, cautioned him not to discuss them. In short, there was no discussion of Mr. Selby's pending criminal matters during the deposition. Thus, a protective order is not warranted.

Undersigned counsel is available if the Court requires additional information.

Respectfully,

/s/ Eileen Kelly

Eileen Kelly
Deputy Attorney General

cc:  Edward J. Selby
     SBI # 219758