March 25, 2007

The Hon. M.P. Thynge
844 N. King St.
Wilmington, DE 19801

        Re: Selby v. Williams, Et al.; 05-487 ✻ ✻ ✻

Dear Judge Thynge:

    Please accept this letter as an informal request by the Plaintiff, that this Honorable District Court Order the Defendant(s) to produce all outstanding <u>Discovery</u> pursuant to Local Rule 26, as the Plaintiff is at an unfair, disadvantage without having knowledge of such materials as will be presented to the jury, at the eventual trial date.

    This Plaintiff apologizes to the Court and to Defense counsel for having failed to request those materials at an earlier date, but the Plaintiff assumed that all outstanding discovery materials, would have been nevertheless disclosed to him.

    Your assistance in this matter would be greatly appreciated.

                                Respectfully,

cc: Ms. Eileen Kelly, D.A.G.
    file
                                    V. Edward J. Selby
                                    EDWARD J. SELBY
                                    S.B.I. No. 219758
                                    P.O. Box 9561
                                    Wilm., DE 19809



FILED
MAR 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1 of 1

# Certificate of Service

This Plaintiff hereby certifies that on March 26, 2007, I did mail the original informal letter of Request for all outstanding Discovery to the U.S. District Court for the District Court of Delaware's Clerk at 844 N. King St., Lockbox 18, Wilmington, Delaware 19801 and sent a true copy to the State of Delaware's, Dept of Justice, at 820 N. French St., 6th Fl., ATTN. Ms. Eileen Kelly, 19801.

Signed,
X *Edward J. Selby*
EDWARD J. SELBY
Plaintiff

DATE: March 26, 2007.

Mr. Edward Selby #219758
1301 E. 12th St.
Wilm., DE 19809

U.S.M.S X-RAY

United States District Court for the District of Delaware

844 N. King St., Lockbox 18

Wilmington, Delaware 19801

ATTN: The Hon. M.P. Thynge

LEGAL MAIL ONLY

$00.390 MAR 27 2007
MAILED FROM ZIPCODE 19802