

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 30, 2007

[New Castle County-Civil Division]

The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   Selby v. Williams, et al.
      C.A. No. 05-487-***

Dear Judge Thynge:

I am writing in response to Plaintiff Edward Selby's letter to this Court dated March 25, 2007. [D.I. 51]. In his letter, Mr. Selby asks for a court order compelling production of outstanding discovery. He relies on Rule 26 of the Federal Rules of Civil Procedure.

As a preliminary matter, there is no outstanding discovery in this case. On August 18, 2006, pursuant to Rule 26(a)(1), Defendants provided Mr. Selby with Initial Disclosures, a copy of which is enclosed. To the extent that Mr. Selby seeks production of Pretrial Disclosures pursuant to Rule 26(a)(3), his request is premature as there is no trial date scheduled. To the extent that Mr. Selby seeks an extension of the discovery cut-off date, which was February 1, 2007, Defendants do not oppose such a request.

As set forth in undersigned counsel's March 15, 2007 letter to the Court, Mr. Selby will be provided with his grievances pertaining to the issues underlying this litigation. [D.I. 49]. Undersigned counsel is in the process of obtaining these records.

Undersigned counsel is available if the Court requires additional information.

Respectfully,

/s/ Eileen Kelly

Eileen Kelly
Deputy Attorney General

Enclosure
cc:   Edward J. Selby (w/encl.)
      SBI # 219758