IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD J. SELBY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) C. A. No. 05-487-KAJ |
| WARDEN RAFAEL WILLIAMS, K. GROCKI, and MR. DIAL, | ) ) ) ) |
|     Defendants. | ) |

**DEFENDANTS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a), Defendants Warden Raphael Williams, Kathleen Grocki and Cpl. Sean E. Dial ("Defendants") hereby provide Plaintiff with the following information:

(a) Individuals likely to have knowledge of discoverable information that may be used to support Defendants' defenses:

1) Warden Raphael Williams, Howard R. Young Correctional Institution ("HRYCI"), 1301 E. 12th Street, Wilmington, DE 19809.

2) Lt. Sylvia Farmer, HRYCI.

3) Sgt. Mary Moody, HRYCI.

4) Cpl. Sean E. Dial, HRYCI.

5) Kathleen Grocki, HRYCI.

6) Plaintiff Edward Selby, Central Violation of Probation Center, P.O. Box 5003, Smyrna, DE 19977.

(b) Documents that may be used to support State Defendants' defenses:

All Department of Correction and institutional files, documents and correspondence relating to the incidents which form the basis of the Complaint.

Docket and record in *State v. Selby*, I.D. No. 0501003723.

(c) Experts and their opinions:

Defendants have not yet retained any experts, but reserve the right to do so, and will supplement this response as required by Rule 26(a).

(d) Insurance agreements in force:

Not applicable. Defendants further disclose that no such insurance exists.

(e) Basis for any damages claimed:

Not applicable.

Defendants reserve the right to supplement these disclosures. Further, Defendants reserve the right to object to the production of the identified information.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    */s/ Eileen Kelly*
    Eileen Kelly, I.D. #2884
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    eileen.kelly@state.de.us
    Attorney for Defendants

Date: August 18, 2006

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 18, 2006, she caused the attached *Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)* to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Edward J. Selby
Central Violation of Probation Center
P.O. Box 5003
Smyrna, DE 19977

**MANNER OF DELIVERY:**

\_\_\_\_\_ One true copy by facsimile transmission to each recipient.

__X__ Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_ Two true copies by Federal Express.

\_\_\_\_\_ Two true copies by hand delivery to each recipient.

*Eileen Kelly*
Eileen Kelly, I.D. # 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
eleen.kelly@state.de.us
Attorney for Defendants