# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD J. SELBY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-487-*** |
| | : | |
| WARDEN RAFAEL WILLIAMS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **18**th day of **April, 2007**,

IT IS ORDERED that the mediation with Judge Thynge scheduled for Wednesday, May 2, 2007 at 12:00 Noon is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE