June 23rd, 2007

U.S. Magistrate Judge Thynge
U.S. District Courthouse
844 North King St.
Lockbox 18
Wilmington, DE. 19801



BD scanned

Re : Edward Selby v. Raphael Williams, et al; 05-487***

Dear Judge Thynge:

    I am the Plaintiff in the above-numeraled civil action and my reasons for contacting you are due to a CHANGE OF ADDRESS from : H.R.Y.C.I., 1301 East 12th St., Wilmington, DE 19809 to: D.C.C., 1181 Paddock Road, Smyrna, DE, 19977, Pre-Trial, B-Bldg; of which brings me to my other reason for writing you, I was transferred from H.R. Young to here on 6/12/07.

    I was a paid worker, I wasn't a disciplinary problem, and I am still awaiting re-trial yet, I was transferred to this facility's pre-trial building of which has a fully stocked law library, a librarian (legal), and para-legals BUT, this facility's policies, rules, regulations and/or procedures bar its pre-trial prisoners from attending law library sessions, we can't consult the paralegals on the compound, if you mail a request to the law librarian for information, he will send you that information BUT, after that, its like "the luck of the draw" if and whenever you receive any more information.

The phone system here is set up so that we can request a legal call in order to call our attorneys. BUT, we cannot access the New Castle County Public Defender's Office from this current phone system.

And in my current situation, I've been waiting approximately 60-days (since a mistrial was declared in my criminal matters) to hear any word from the court, State, or even my public defender and to date, I have yet to receive a new trial date.

There has been a total breakdown in communications coming from him to me and I have taken it upon myself to file a motion for a speedy trial with the trial court.

I am preparing to file others (pre-trial motions) yet, I can't access the law library here in order to acquire particular information.

The situation here is moreso untenable than the previous situation at H.R. Young where my legal mail (out-going), was being delayed and/or refused to be mailed out of that facility by mailroom staff due to their institution's policies and/or procedures, regarding indigency.

And as I have already filed a Motion for Injunction with the Honorable U.S. District Court against the D.O.C., H.R.- Young facility's administration and mailroom, I felt compelled to inform the Court that this facility's policies, of which severely impede my accessing the courts, attorneys, law libraries, etc.; is the worst that I've ever seen.

I'm trying to get some redress, before I end up filing another civil suit, this time against the new commissioner, warden, and the pre-trial building's law librarian for similar violations of my

2 of 3

First and Fourteenth Amendment Rights that I've previously alleged against the H.R.Y.C.I. personnel.

Now, I've already talked to the pre-trial law librarian, a Mr. Young but, to no avail; and I've written a letter to the senior warden of this facility, of which I'm awaiting a response.

The Court's assistance in these matters would be greatly appreciated.

A copy of this letter is also being forwarded to Deputy Attorney-General, Ms. Eileen Kelly.

Respectfully,

x Edward J. Selby
Edward J. Selby
#219758
D.C.C. (Pre-trial, B-Bldg)
1181 Paddock Rd.
Smyrna, DE, 19977

ec: U.S. Dist. crt.
D.A.G.
file

I/M Edward Selby
SBI# 219758  UNIT B-A-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUN 2007 PM 1 L

United States District Court for the
District of Delaware
844 North King St., Lockbox 18
Wilmington, DE. 19801

ATTN: U.S. Mag. Thynge