## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD J. SELBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-487-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| K. GROCKI, and MR. DIAL, | ) | |
| | ) | |
| Defendants. | ) | |

### SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi hereby enters her appearance on behalf of Department of Correction Defendants: Warden Raphael Williams, Kathleen Grocki and Cpl. Sean E. Dial in place of Eileen Kelly.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Eileen Kelly<br>Eileen Kelly, ID#2884<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE  19801<br>(302)577-8400 | /s/ Catherine Damavandi<br>Catherine Damavandi, ID#3823<br>Deputy Attorney General<br>Department of Justice<br>Carvel State Office Bldg.,<br>820 N. French Street, 6th Fl.,<br>Wilmington, DE  19801<br>(302)577-8400 |

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF.  I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

Edward J. Selby
SBI#219758
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Catherine Damavandi
                Catherine Damavandi, ID#3823
                Deputy Attorney General
                Department of Justice
                Carvel State Bldg., 6th Fl.,
                820 N. French Street
                Wilmington, DE  19801