**Office of the Clerk**
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

US POSTAGE $00.58
04JJ82023030
Mailed From 19801
10/10/2007

Edward Jason Selby
1127 Reed Street
Wilmington DE 19801

NIXIE  197  SE  1  10/16/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19899001818  *1127-03715-10-43

FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-487

F LIVE - U.S. District Court:ded            Page 1 of 1

rders on Motions
1:05-cv-00487-*** Selby v. Williams et al
PaperDocuments

# U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 9/20/2007 at 10:29 AM EDT and filed on 9/19/2007
**Case Name:** Selby v. Williams et al
**Case Number:** 1:05-cv-487
**Filer:**
**Document Number:** 55

**Docket Text:**
MEMORANDUM ORDER denying [38] Motion for Mandatory Injunction. Signed by Judge Mary Pat Thynge on 9/19/07. (ntl)


**1:05-cv-487 Notice has been electronically mailed to:**
Eileen Kelly eileen.kelly@state.de.us

**1:05-cv-487 Notice has been delivered by other means to:**

Edward Jason Selby
SBI #219758
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/20/2007] [FileNumber=447156-0]
[1d7b315b2ccb632b43104b26de39d35621908aa4fee90284663abb08384db966d2d5
71b1fcf09d270346b812cf144e586dc6cd34634056b2f6d71290e410f5ae]]