**COPY**

January 24th, 2008

Mr. Peter Daleo
U.S. Dist. Crt Clerk
844 N. King St.
Lockbox 18
Wilmington, DE 19801

FILED
JAN 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Edward J. Selby -vs- Rafael Williams, et al., 05-487***

Dear Mr. Daleo:

I am the Plaintiff in the above-numerated cause and I'm informing the Court that my current address, is the following:

Gateway Foundation
P.O. Box 547
-or-
171 New Castle Ave.
Delaware City, DE 19706

Can you please, make the proper adjustments so that any and all mail addressed to this plaintiff, arrives at the aforementioned address?

Your assistance would be greatly appreciated.

Also... could you please send me a current court docket in relation to the above-numerated civil complaint's history?

Thank You.

D.A.G. Eileen Kelly

cc: personal

/s/ Edward J. Selby
Edward J. Selby
P.O. Box 547
Delaware City, DE 19706



Mr. Edward T. Lesley
P.O. Box 547
Delaware City, DE 19706
Gateway Foundation

U.S. District Court for the District of Delaware
844 North King Street
Lock box 18
Wilmington, DE. 19801

ATTN: Mr. Peter Dalleo
        Court Clerk

19801+3519