IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD JASON SELBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-487-SLR |
| | ) |
| WARDEN IV RAFAEL WILLIAMS, | ) |
| K. GROCKI, and MR. DIAL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 22nd day of April, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **August 25, 2008.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 25, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **October 27, 2008.** Reply briefs shall be filed on or before **November 10, 2008.**

_____
United States District Judge